UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| KENNETH W. PETERSEN, JR., <br><br> Plaintiff, <br> vs. <br><br> RAPID CITY, PIERRE & EASTERN RAILROAD, INC. <br><br> Defendant. | 5:22-CV-5064 <br><br> **VERDICT FORM** |

**Complete this form by filling in the blanks.**

We the jury, duly impaneled in the above-entitled action and sworn to try the issue therein, find that Plaintiff Kennth W. Petersen, Jr. is entitled to recover the following damages from Defendant:

$ _1.5 Million_____. (stating amount, or if none, write the word "none").

Have your foreperson sign and date the Verdict Form below.

Dated this _22_ day of November, 2024.

_____
Foreperson