UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| KENNETH W. PETERSEN, JR., <br><br> Plaintiff, <br><br> vs. <br><br> RAPID CITY, PIERRE & EASTERN R.R., INC., <br><br> Defendant. | 5:22-CV-5064 <br><br> JUDGMENT |

This action came before the Court for trial by jury. The issues have been tried and the jury rendered its verdict. Therefore, it is hereby

ORDERED, ADJUDGED, and DECREED that the plaintiff, Kenneth W. Petersen, Jr., recover from the defendant, Rapid City, Pierre & Eastern R.R., Inc., the sum of $1.5 million.

Dated this 26th day of November, 2024.

BY THE COURT:

Lawrence L. Piersol
United States District Judge